IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-02621-REB

GENERAL STEEL DOMESTIC SALES,

    Plaintiff,

v.

JOHN W. SUTHERS, et al.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me *sua sponte.* I directed plaintiff to show cause in writing why this case should not be dismissed as duplicative of 07-cv-02170-LTB-MEH. (**Order To Show Cause** [#6], filed December 21, 2007.) Plaintiff's prompt response indicates that the cases are duplicative and that this case, as the later filed of the two, should be dismissed. (**Plaintiff's Response To Court's December 21, 2007 Show Cause Order** [#7], filed December 21, 2007.)

    **THEREFORE, IT IS ORDERED** as follows:

    1. That this court's **Order To Show Cause** [#6], entered December 21, 2007, is **MADE ABSOLUTE**; and

    2. That this action is **DISMISSED**.

    Dated January 15, 2008, at Denver, Colorado.

    **BY THE COURT:**

    **s/ Robert E. Blackburn**
    **Robert E. Blackburn**
    **United States District Judge**